AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith,, Loren A. | U.S. Court of Federal Claims, Washington, DC | 06/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Federal Claims Judge - Senior Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Pl., N.W., Suite 328
Washington, DC 20005

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Distinguished Lecturer | Columbus School of Law at Catholic University |
| 2. | Member of the Board of Visitors | Columbus School of Law at Catholic University |
| 3. | Community Advisory Council/Board of Trustees | WETA Public TV & Radio |
| 4. | Distinguished Adjunct Professor | George Mason School of Law at George Mason University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Columbus School of Law at Catholic University | $40,082.24 |
| 2. 2012 | George Mason University School of Law | $11,300.02 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | 3/13/2012-3/15/2012 | Boston, MA | Speaker | Round trip airfare and hotel |
| 2. | Richard Linn American Inn of Court | 6/8/2012-6/9/2012 | Chicago, IL | Honored distinguished membership | Round trip airfare and hotel |
| 3. | Federal Judicial Center | 9/11/2012-9/13/2012 | Portland, OR | Environmental Law Seminar | Round trip airfare and hotel |
| 4. | IPLAC Symposium | 11/2/2012-11/3/2012 | Chicago, IL | Patent Law | Round trip airfare and hotel |
| 5. | U.S. Judicial Conference | 11/15/2012 | Washington, DC | Meeting of Judicial Conference | Luncheon |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith,, Loren A. | 06/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith,, Loren A. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Xerox Stock | B | Dividend | J | T | | | | | |
| 2. Chevron Texaco Stock | B | Dividend | J | T | | | | | |
| 3. BB&T IRA | D | Interest | J | T | | | | | |
| 4. Bank of Amer. Merrill Lynch Fidelity Advisor Financial Svs. | A | Interest | J | T | | | | | |
| 5. Bank of Amer. Merrill Lynch CYTEC Inds. | A | Dividend | J | T | | | | | |
| 6. Bank of Amer. Merrill Lynch Dow Chemical | A | Dividend | J | T | | | | | |
| 7. Bank of Amer. Merrill Lynch Fidelity Advisor Equity Value | A | Dividend | J | T | | | | | |
| 8. Bank of Amer. Merrill Lynch Fidelity Advisor Equity Growth | A | Dividend | J | T | | | | | |
| 9. Bank of Amer. Merrill Lynch Northrop Grumman Corp. Holding | A | Dividend | J | T | | | | | |
| 10. Bank of Amer. Merrill Lynch Praxair | A | Dividend | J | T | | | | | |
| 11. Bank of Amer. Merrill Lynch Southern Co. | A | Dividend | J | T | | | | | |
| 12. Fidelity A.E. Fidelity Technology | A | Dividend | J | T | | | | | |
| 13. Fidelity A.E. Hardford Mid Cap Class A | A | Dividend | K | T | | | | | |
| 14. Fidelity A.E. Columbia High Income | B | Interest | K | T | | | | | |
| 15. Fidelity A.E. Columbia Cash Reserves | A | Interest | J | T | | | | | |
| 16. WF Advantage Money Market Daily Class | A | Interest | K | T | | | | | |
| 17. American Century Ultra Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith,, Loren A. | 06/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Cap TR Disciplined Equity | A | Dividend | J | T | | | | | |
| 19. Janus Fund Class T | A | Dividend | J | T | | | | | |
| 20. T Rowe Price Intl. FDS Intl Stk FD | A | Dividend | J | T | | | | | |
| 21. Vanguard/Wellington Fund | A | Dividend | J | T | | | | | |
| 22. Wells Fargo FDS TR Equity Value Fund | A | Dividend | K | T | | | | | |
| 23. Wells Fargo FDS TR Advantage Govts SEC FD Class A | A | Interest | J | T | | | | | |
| 24. PNC IRA | A | Interest | J | T | | | | | |
| 25. Bank of America IRA | A | Interest | J | T | | | | | |
| 26. Sun National Bank IRA | A | Interest | J | T | | | | | |
| 27. Wachovia High Portfolio Money Market | A | Interest | K | T | | | | | |
| 28. Wachovia Mutual Fund Evergreen Equity TR SPL Values Fund CLB | A | Interest | J | T | | | | | |
| 29. TIAA CREF deferred annuity | A | Dividend | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith,, Loren A. | 06/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Loren A. Smith,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

May 2, 2013

Honorable Joseph H. McKinely
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D.C. 20544

Dear Judge McKinley,

I apologize for not responding to your letter of November 2, 2012. ███████████████
███████████████████████████████████████
me out of commission for almost 2 months.

The Wells Fargo mutual & money market funds were not on the earlier report because I mistakenly reported them as a line item, "Wachovia IRA." In preparing the previous report I realized more disclosure was required and corrected that report. With respect to the Wachovia mutual funds listed on the 2010 report, they were replaced with the Wells Fargo funds when Wells Fargo took over Wachovia.

I hope this answers the questions presented in your November 2, 2012 letter. If there is any additional information required, please let me know. ████████████████████. I very much appreciate the hard work of the committee. Thank you.

Warm regards,

s/ Loren A. Smith_____
LOREN A. SMITH,
Senior Judge